**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-1064**

———————

DORA L. ADKINS,

        Plaintiff - Appellant,

    v.

AMERICAN EXPRESS TRAVEL RELATED SERVICE COMPANY, INC.,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:22-cv-01009-MSN-IDD)

———————

Submitted:  April 20, 2023                       Decided:  April 25, 2023

———————

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Dora L. Adkins, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's order denying her motion for leave to file a complaint and application to proceed on that complaint in forma pauperis. We have reviewed the record and find no reversible error. Accordingly, we grant Adkins' motions for leave to amend her informal opening brief and affirm the district court's order. *Adkins v. Am. Express Travel Related Serv. Co., LLC*, No. 1:22-cv-01009-MSN-IDD (E.D. Va. Oct. 17, 2022). We deny Adkins' motions to vacate and remand, for leave to replace, to amend her motion to vacate and remand, for leave to amend the motion to vacate and remand, for leave to amend the motion to vacate and remand and to moot all other motions, for leave to withdraw, and to expedite the motion for leave to vacate and remand. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*